1 ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
2 **KELLER GROVER LLP**
1965 Market Street
3 San Francisco, California 94103
Telephone: (415) 543-1305
4 Facsimile: (415) 543-7861

5 Attorneys for Plaintiff
Joseph Slade

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SLADE, as an individual and on behalf of all others of similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LMS INTELLIBOUND, LLC; CAPSTONE LOGISTICS, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 18-cv-00119-JST<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; DECLARATION OF ERIC A. GROVER IN SUPPORT THEREOF**<br><br>[Local Rule 6-2] |

1    The parties, Plaintiff Joseph Slade ("Plaintiff") and Defendants LMS Intellibound, LLC and Capstone Logistics, LLC ("Defendants"), through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court has scheduled a case management conference for May 23, 2018;

WHEREAS, the parties are scheduled to file a joint Rule 26(f) Report and joint case management statement by May 14, 2018;

WHEREAS, the parties are scheduled to complete initial disclosures by May 16, 2018;

WHEREAS, there are two other cases pending against Defendant Capstone Logistics, LLC and a related company, Pinnacle Workforce Logistics, L.L.C., in state court [*Tapia v. Capstone Logistics, LLC and Pinnacle Workforce Logistics, L.L.C.*, Santa Clara County Superior Court Case No. 17cv319864 and *Gomez and Lopez v. Pinnacle Workforce Logistics, L.L.C.*, San Bernardino County Superior Court Case No. CIVDS1804163].

WHEREAS, the parties in all three cases have agreed to mediation and have an all-day mediation session set for July 13, 2018 with respected mediator Hunter R. Hughes, Esq.;

WHEREAS, no previous stipulations or continuances of the case management conference or the associated deadlines have been requested; and

WHEREAS, the parties have met and conferred through counsel and have agreed to the schedule set forth below:

1. The case management conference shall be continued from May 14, 2018 to August 1, 2018 or a date thereafter convenient to the Court; and

2. The deadline for the parties to file a joint Rule 26(f) Report, complete initial disclosures, and file a joint case management statement shall be continued to nine days before the continued date for the case management conference.

**IT IS SO STIPULATED.**

Dated: May 2, 2018					**KELLER GROVER LLP**


						By: /s/ *Eric A. Grover*
						    ERIC A. GROVER
						    Attorneys for Plaintiff


Dated: May 2, 2018					**SEYFARTH SHAW LLP**


						By: /s/ *Eric E. Hill*
						    ERIC E. HILL
						    Attorneys for Defendants

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Eric A. Grover, hereby attest that I have obtained the concurrence in the filing of this document from the signatory to this document.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 2nd day of May 2018 in San Francisco, California.

/s/ *Eric A. Grover*
ERIC A. GROVER

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED, that the case management conference is continued from May 23, 2018 to ___August 1___, 2018 at 2:00 p.m. The parties shall file a joint Rule 26(f) Report, complete initial disclosures, and file a joint case management statement by ___July 23___, 2018.

Dated: ___May 4, 2018___

*[signature]*

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE